```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0094--CR (JWS)
                                  "USA V MICHAEL JAMES CARTER ET AL"
                                    DEF 1.1 CARTER, MICHAEL JAMES

           In public format, including terminated defendants, excluding terminated counsel


     Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 10/11/02
              Closed: 04/14/03
  No. of Defendants: 2
      MJ Case Number:
                 AKA:
     Location status: Released on Bond
          Trial date:
          Terminated: YES
  Needs interpreter: NO
   Counsel of record: Michael J Carter
                     Pro Per
                     6515 Colgate Drive
                     Anchorage, AK 99504
                     907-929-2972
                     Serve: YES
                      Type: Waived or Self
                      Role: Other


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Jayne Wallingford
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


  Counts re: DEF 1.1 CARTER, MICHAEL JAMES
```

| Document   | Count | Citation and Description                                          | Disposition         |
|------------|-------|-------------------------------------------------------------------|---------------------|
| 1 -  1 INF | 1     | 21:846 CONSPIRACY TO COMMIT A CONTROLLED SUBSTANCE OFFENSE (F)    | Sentenced (51-1)    |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0094--CR (JWS)
                        "USA V MICHAEL JAMES CARTER ET AL"
                            DEF 2.1 DREESZEN, JAMES GLEN

         In public format, including terminated defendants, excluding terminated counsel
```

```
       Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
      Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed: 10/11/02
               Closed: 04/14/03
    No. of Defendants: 2
       MJ Case Number:
                  AKA:
      Location status: Released on Bond
           Trial date:
           Terminated: YES
     Needs interpreter: NO
     Counsel of record: Allen N. Dayan
                        Allen N. Dayan & Associates
                        745 W. 4th Avenue, Suite 230
                        Anchorage, AK 99501
                        907-277-2330
                        FAX 907-277-7780
                        Serve: YES
                         Type: Retained
                         Role: Pretrial/Trial


    PLF 1.1 UNITED STATES OF AMERICA

    Counsel of record: Jayne Wallingford
                        U.S. Attorney's Office
                        222 W. 7th Avenue, #9
                        Anchorage, AK 99513-7567
                        907-271-5071
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial


    Counts re: DEF 2.1 DREESZEN, JAMES GLEN
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 INF | 1 | 21:846 CONSPIRACY TO COMMIT A CONTROLLED SUBSTANCE OFFENSE (F) | Sentenced (49-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CRIMINAL DOCKET ENTRIES FOR CASE A02-0094--CR (JWS)
               "USA V MICHAEL JAMES CARTER ET AL"

               In public format, for all filing dates
```

```
   Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 10/11/02
            Closed: 04/14/03
No. of Defendants: 2
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 10/11/02 | [Re: DEF 1-2] PLF 1 Information. |
| NOTE - 1 | 10/15/02 | Issued: Summons re: Def 1. |
| NOTE - 2 | 10/15/02 | Issued: Proposed Trial Date Setting for arr to JWS CMC. |
| NOTE - 3 | 10/15/02 | Issued: Summons re: Def 2. |
| NOTE - 4 | 10/15/02 | Issued: Proposed Trial Date Setting for arr to JWS CMC. |
| 2 - 1 | 10/15/02 | [Re: DEF 1] JDR Minute Order that arr is set 9:30 a.m., 11/14/02.  cc: USA, USM, PO, Def (by USM) |
| 3 - 1 | 10/15/02 | [Re: DEF 2] JDR Minute Order that arr is set 10:00 a.m., 11/14/02.  cc: USA, USM, PO, Def (by USM) |
| 4 - 1 | 10/21/02 | USM Return of svc on summons re: DEF 2 executed on 10/18/02. |
| 5 - 1 | 10/21/02 | USM Return of svc on summons re: DEF 1 executed on 10/18/02. |
| 6 - 1 | 11/13/02 | DEF 1 Attorney Appearance of W. Bryson. |
| 7 - 1 | 11/14/02 | [Re: DEF 2] Attorney Appearance of Allen Dayan. |
| 8 - 1 | 11/14/02 | [Re: DEF 2] Clerk's Notice that passport # 074196241 has been received by the court as per order setting conditions of release signed 11/14/02 and placed in the vault for safe keeping. cc: USA, A. Dayan, USM, PO, Finance |
| 9 - 1 | 11/14/02 | [Re: DEF 1] Appearance bond; bond set at $10,000 secured w/$1,000 case w/att receipt 00119046. |
| 10 - 1 | 11/14/02 | [Re: DEF 1] Order setting conditions of release; bond set at $10,000 secured w/$1,000 cash.  cc: USA, Wm. Bryson, USM, PO |
| 11 - 1 | 11/14/02 | [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton] of arr on Felony Info (held 11/14/02); prelim hrg set 11/19/02 at 9:30 a.m.; bond set at $10,000 secured w/10% cash.  cc: USA, Wm. Bryson, USM, PO |
| NOTE - 5 | 11/15/02 | [Re: DEF 2] Issued: Speedy Trial Notice to Judge Sedwick. cc: P. Richter |
| 12 - 1 | 11/15/02 | [Re: DEF 2] JDR Court Minutes [ECR: Elisa Singleton] re Arr on Felony Info hld 11/14/02; Allen Dayan retained; Waiver of Indt fld; def pled not guilty; bond set at $10,000 secured by 10% cash; PTM's due 12/2/02; trial date tentatively set for 1/21/03. cc: USA, A. Dayan, USM, USPO, Judge Sedwick |
| 13 - 1 | 11/15/02 | [Re: DEF 2] Waiver of indictment. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A02-0094--CR (JWS)
                       "USA V MICHAEL JAMES CARTER ET AL"

                        In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 11/15/02 | [Re: DEF 2] Appearance bond set at $10,000 secured w/10% cash. |
| 15 - 1 | 11/15/02 | [Re: DEF 2] Order setting conditions of release re bond set at $10,000. secured w/10% cash; surrender passport. cc: USA, A.Dayan, USM, USPO |
| 16 - 1 | 11/15/02 | [Re: DEF 2] JDR Order regarding preparation for trial re PTM's due 12/2/02; cnsl to meet & confer by 11/21/02. cc: USA, A. Dayan |
| 17 - 1 | 11/19/02 | [Re: DEF 1] JDR Court Minutes [ECR: Debby Willoughby-Lyons] re prelim hrg hld 11/19/02; def waived indictment; def pled not guilty; PTM's due 12/4/02; cns advised of trial date 1/21/03; bail cond's remain as prev set. cc: USA, B. Bryson, USM, USPO, Judge Sedwick |
| 18 - 1 | 11/19/02 | [Re: DEF 1] Waiver of indictment. |
| 19 - 1 | 11/19/02 | [Re: DEF 1] JDR Order regarding preparation for trial re PTM's due 12/4/02; cnsl to meet & confer 11/24/02. cc: USA, B. Bryson |
| NOTE - 6 | 11/20/02 | [Re: DEF 1] Issued: Speedy Trial Notice to Judge Sedwick. cc: Pam Richter |
| 20 - 1 | 11/21/02 | [Re: DEF 1-2] JWS Minute Order setting TBJ for 1/21/03 at 9:00 am and Final PT Conf for 1/21/03 at 8:30 a.m. cc: W. Bryson, A. Dayan, jury clerk, PO, USM, MJ Roberts |
| 21 - 1 | 12/03/02 | [Re: DEF 2] JDR Minute Order re pltf to file dscvy conf cert & show cause why orig ddln was not complied with due 12/9/02. cc: USA, A. Dayan |
| 22 - 1 | 12/09/02 | [Re: DEF 1-2] PLF 1 Discovery Conference Certificate. |
| 23 - 1 | 01/03/03 | DEF 2 Notice of Intent to change plea and req for change of plea hrg. |
| 24 - 1 | 01/06/03 | [Re: DEF 2] JWS Minute Order setting PCOP hrg on 1/17/03 at 9:00 a.m.; 1/21/03 FPTC and TBJ vacated. cc: USA, A. Dayan, USM, USPO, MJ Roberts, JC |
| 25 - 1 | 01/06/03 | [Re: DEF 2] PLF 1 Plea Agreement. |
| 26 - 1 | 01/13/03 | DEF 1 Notice of Intent to change plea. |
| 27 - 1 | 01/14/03 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 28 - 1 | 01/16/03 | [Re: DEF 1] JWS Minute Order setting PCOP on 1/16/03 at 3:00 p.m.; 1/21/03 FPTC and TBJ are vacated. cc: USA, W. Bryson, USM, USPO, MJ Roberts, JC |
| 29 - 1 | 01/17/03 | [Re: DEF 2] JWS Court Minutes [ECR: Elisa Singleton] re: PCOP hrg held 1/17/03; def pled guilty to ct 1 of Info; IOS set 3/27/03 at 8:30 a.m.; previous conditions of rls remain pending sentencing. cc: USA, A. Dayan, USM, USPO, MJ Roberts |
| 30 - 1 | 01/21/03 | [Re: DEF 1] JWS Court Minutes [ECR: Caroline Edmiston] PCOP, held 1/17/03, pled guilty to count 1 of Info; IOS 3/27/03 at 9:00 am; def's conditions of release remain as set. cc: USA, USM, PO, B. Bryson, MJ Roberts |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0094--CR (JWS)
         "USA V MICHAEL JAMES CARTER ET AL"

         In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 31 - 1 | 02/27/03 | DEF 1 Unopposed motion on shortened time to temporarily modify conditions of release to allow out-of-state travel. |
| 32 - 1 | 02/27/03 | [Re: DEF 1] JWS Order granting unoppo motion on shortened time to temporarily modify conditions of release (31-1). cc: USA, W. Bryson, USM, USPO |
| 33 - 1 | 03/05/03 | [Re: DEF 1] PLF 1 Attorney Appearance of Jane Wallingford (AUSA). |
| 34 - 1 | 03/06/03 | [Re: DEF 2] PLF 1 Attorney Appearance of J. Wallingford (AUSA). |
| 35 - 1 | 03/13/03 | PLF 1; DEF 1-2 joint motion on shortened time to continue sentencing and extend the w/att aff. |
| 36 - 1 | 03/18/03 | [Re: DEF 2] JWS Minute Order granting joint mot on shortened time to continue sentencing and extend ddln for final presentence rpt (35-1); IOS reset to 4/4/03 at 8:30 a.m.. cc: USA, A. Dayan, W. Bryson, USM, USPO |
| 37 - 1 | 03/26/03 | DEF 1 motion on shortened time to continue sentencing and extend the time for the final presentence report. |
| 38 - 1 | 03/26/03 | [Re: DEF 1-2] JWS Order granting motion on shortened time to continue sentencing and extend the time for final pre-sentence rpt (37-1); DEF 1 IOS reset for 4/11/03 at 8:00 a.m.; DEF 2 IOS reset for 4/11/03 at 8:30 a.m. cc: USA, W. Bryson, A. Dayan, USM, USPO |
| 39 - 1 | 04/04/03 | DEF 2 Unopposed motion on shortened time to allow defendant to travel. |
| 40 - 1 | 04/04/03 | [Re: DEF 2] JWS Order denying unopposed mot on shortened time to allow defendant to travel (39-1). cc: USA, A. Dayan, USPO, USM |
| 41 - 1 | 04/04/03 | [Re: DEF 2] PLF 1 Sentencing Memorandum. |
| 42 - 1 | 04/04/03 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 43 - 1 | 04/04/03 | DEF 2 Statement of DEF 2 of sentencing factors to be relied upon at sentencing. |
| 44 - 1 | 04/04/03 | {SEALED} |
| 45 - 1 | 04/04/03 | {SEALED} |
| 46 - 1 | 04/04/03 | {SEALED} |
| 47 - 1 | 04/04/03 | {SEALED} |
| 48 - 1 | 04/14/03 | {SEALED} |
| 49 - 1 | 04/14/03 | {SEALED} |
| 50 - 1 | 04/14/03 | {SEALED} |
| 51 - 1 | 04/14/03 | {SEALED} |
| 52 - 1 | 06/10/03 | {SEALED} |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CRIMINAL DOCKET ENTRIES FOR CASE A02-0094--CR (JWS)
               "USA V MICHAEL JAMES CARTER ET AL"

             In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 53 - | 1 | 06/10/03 | {SEALED} |
| 54 - | 1 | 06/26/03 | {SEALED} |
| NOTE - | 7 | 06/27/03 | {SEALED} |
| 55 - | 1 | 10/30/03 | USM Return of svc on writ of garnishment on PFD re: DEF 1 partially satifying in the amount of $955.56 (receipt # 00121672) on 8/13/03. |
| 56 - | 1 | 12/04/03 | {SEALED} |
| 57 - | 1 | 12/08/03 | {SEALED} |
| 58 - | 1 | 05/10/04 | {SEALED} |
| NOTE - | 8 | 05/11/04 | {SEALED} |
| 59 - | 1 | 09/13/04 | DEF 1 motion for return of bail w/att exhs. |
| 59 - | 2 | 10/12/04 | [Re: DEF 1] JWS Order granting motion for return of bail (59-1). cc: USA, Def, Finance |
| 60 - | 1 | 01/14/05 | USM Return of svc on writ of execution re:DEF 1 on FPD not on file. |
| 61 - | 1 | 03/22/05 | [Re: DEF 2] Clerk's Notice directing any party wishing to have DEF 2's passport returned should file mot to return w/prop ord. cc: cnsl, Finance |
| 62 - | 1 | 06/02/05 | {SEALED} |
| NOTE - | 9 | 06/07/05 | {SEALED} |
| 63 - | 1 | 11/01/05 | [Re: DEF 2] JWS Order and petition for SR modif; def to refrain from unlawful use of controlled substances & submit to drug testing. cc: USPO |