PROB 12A
(7/93)

# United States District Court
for the
# District of Alaska




CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

**Report On Offender On Supervised Release**

Name of Offender: Michael Carter    Case Number: 3:02-CR-0094-JWS

Name of Sentencing Judicial Officer: John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence: April 11, 2003

Original Offense: Conspiracy to Commit a Controlled Substance Offense in violation of 21 U.S.C. § 846

Original Sentence: 30 months imprisonment and 3 years supervised release

Date Supervision Commenced: February 2, 2005

---

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervised release:

| Violation Number | Nature of Non-compliance |
|---|---|
| 1 | The defendant has violated the Mandatory Condition of Supervision "If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment," in that the defendant was ordered to pay a fine in the amount of $7,500, and as of January 29, 2008, the defendant has paid $4,352.56 of his fine. The defendant has a remaining balance of $3,192.44. This violation is a Grade C violation. |
| 2 | The defendant has violated the Special Condition of Supervision "The defendant shall complete the required hours of community work service on a schedule to be determined by the probation officer," in that the defendant was ordered to perform 500 hours of community service and as of January 15, 2008, the defendant has completed approximately 320 hours of community service. This violation is a Grade C violation. |

U.S. Probation Officer's Proposed Action: Since the commencement of the defendant's supervised release, he has been supervised by the U.S. Probation Office in the Northern District of California. Throughout the defendant's term of supervised release, he has maintained stable employment where he now works at Applebees Restaurant in the Northern District of California as a manager. The defendant has continued to perform community service and make payments on his fine; however, there has been some difficulty financially due to the defendant undergoing foot surgery last year and was off from work nearly a month. Furthermore, the defendant's income has been limited as his wife has been attending law school. The defendant's wife recently took the state bar exam in California and the couple is expecting the birth of their first child.

It appears that the defendant has been making good faith effort in satisfying both the fine and community service. The defendant has completed the majority of the 500 of community work service and the government will continue to collect on any amount of the fine that remains unpaid at the time his supervised release is terminated.

It is the recommendation of this officer that the defendant's term of supervised release expire on February 2, 2008, as scheduled.

Respectfully submitted,

REDACTED SIGNATURE

Chris Liedike
U.S. Probation/Pretrial Services Officer
Date: February 1, 2008

Approved by:

REDACTED

Eric D. Odegard
Supervising U.S. Probation Officer

[X] Officer's proposed action is approved
[ ] Submit a Request for Modifying the Condition or Term of Supervised Release
[ ] Submit a Request for Warrant or Summons
[ ] Other

REDACTED SIGNATURE

John W. Sedwick
Chief U.S. District Court Judge

2-3-08

Date: