B 34
1/92

Report and Order Terminating Probation/
Supervised Release

# United States District Court
for the
District of Alaska

**RECEIVED**

FEB 1 1 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

v.                    Case No.    3:02-CR-0094-JWS

MICHAEL CARTER

The above-named has complied with many of the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on February 2, 2008. However, as reported in the Report On Offender On Supervised Release (Docket 71 filed on 2/05/2008), the defendant has been making good faith effort in satisfying both the fine and community service, but he has not fully completed them. It was recommended in the Report On Offender On Supervised Release (Docket 71 filed on 2/05/2008) that the defendant's term of supervised release expire as scheduled and this recommendation was approved by the Honorable John W. Sedwick, Chief U.S. District Court Judge. It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

REDACTED SIGNATURE        2/5/08

Chris Liedike              Date
U.S. Probation/Pretrial Services
Officer

**REDACTED SIGNATURE**
---
Eric D. Odegard
Supervising U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this ___9th___ day of ___February___, 20_08_.

**REDACTED SIGNATURE**
---
John W. Sedwick
Chief U.S. District Court Judge